No. 40. ESTATE OF RODRÍGUEZ DE LAS ALBAS ET AL. *v.* MÜL-LENHOFF & KÖRBER.—Appeal from the District Court of San Juan. Decided August 8, 1904. Withdrawn on motion of the appellant. *Mr. José de Guzmán Benítez,* for appellant.

---

No. 30. SOBEJANO *v.* ALVAREZ.—Appeal from the District Court of San Juan. Decided October 3, 1904. Withdrawn on motion of the appellant. *Mr. Torres Monge,* for appellant.

---

No. 31. SOBEJANO *v.* ALVAREZ. Appeal from the District Court of San Juan. Decided October 3, 1904. Withdrawn on motion of the appellant. *Mr. Torres Monge,* for appellant.

---

No. 32. SOBEJANO *v.* ALVAREZ.—Appeal from the District Court of San Juan. Decided October 3, 1904. Withdrawn on motion of the appellant. *Mr. Torres Monge,* for appellant.

---

No. 29. PIZÁ HERMANOS *v.* FIGUEROA ET AL.—Appeal from the District Court of Ponce. Decided October 3, 1904. Withdrawn on motion of the appellant. *Mr. Bosch,* for appellant.

---

No. 26. SUCCESSORS OF ROSES & Co. *v.* CORDERO.—Appeal from the District Court of Arecibo. Decided October 12, 1904. Appeal dismissed for failure of the appellant to file his brief. *Mr. Ramos,* for appellant. *Mr. Santoni,* for respondent.